# THE MARKS LAW FIRM, P.C.

1325 Avenue of the Americas, 14th Floor, New York, NY 10019
EMAIL rmadnick@markslawpc.com    TEL (646) 770–3775

June 10, 2026

**VIA ECF**
Hon. Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 23A
New York, NY 10007-1312

**MEMO ENDORSED**

RE:    **Brown v. New York Hardcore Tattoos, Inc., et al.**
Civil Case No.: 1:26-cv-03419-SHS

Dear Judge Stein,

Pursuant to Section 1(E) of Your Honor's Individual Part Rules and Practices, Plaintiff respectfully requests a forty-five (45) day adjournment of the Initial Conference and corresponding deadlines, currently scheduled for **June 16, 2026**, pursuant to Your Honor's Order dated May 20, 2026 [Dkt. 8], to **July 31, 2026**, or a date convenient for the Court.

Plaintiff makes this request because, to date, Defendants have neither appeared, answered, nor otherwise responded, despite repeated outreach by mail, telephone, and email.

As to Defendant New York Hardcore Tattoos, Inc. ("NYHT"), our office has mailed courtesy copies of the pleadings and the Court's Orders directly to the Premises and to other publicly available addresses and has attempted to reach NYHT by telephone at the Premises and by email (obtained from its website), all without response. We nonetheless have reason to believe NYHT is aware of this litigation, as none of our mailings have been returned.

As to Defendant 127 Stanton LLC ("127 Stanton"), our office has likewise mailed copies of the pleadings and the Court's Orders to various addresses identified through public searches. Upon further research, our office located an email address for Investment Property Realty Group, which appears to be an agent affiliated with the subject Premises, and has contacted that entity to obtain current contact information for 127 Stanton so that communication may be facilitated before any default proceedings are initiated.

In light of the foregoing, Plaintiff respectfully requests that the Court grant and "So Order" this relief, as the requested adjournment would afford Plaintiff's office additional time to communicate with both Defendants before moving for default, so that this matter can proceed on the merits.

markslawpc.com

The Marks Law Firm, P.C.                                                                                          2
_____

    This is Plaintiff's first request for such relief, is being made more than forty-eight (48) hours prior to the scheduled appearance, and no Defendant has appeared from whom consent could be sought.

Very truly yours,

*Richard M.*

Richard Madnick

**The conference is adjourned to August 4, 2026, at 11:30 a.m.** *Plaintiff is reminded of the time requirements of Fed R Civ. P. 4(m).*

**Dated: New York, New York**
      **June 10, 2026**

**SO ORDERED:**

_____
    Sidney H. Stein, U.S.D.J.