UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

| | | |
|---|---|---|
| ALTAUNE BROWN, Plaintiff, -against- 127 STANTON LLC, and NYHC TATTOOS, LLC, Defendants. | : | 26-cv-3419 (SHS) ORDER |

---------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

The initial pretrial conference having been held today via telephone, with counsel for all parties participating,

IT IS HEREBY ORDERED that the last day for completion of discovery is February 19, 2027.

Dated: New York, New York
November 4, 2026

SO ORDERED:

Sidney H. Stein, U.S.D.J.